IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| TERRY KEY, | |
| Movant, | CIVIL ACTION NO.: 2:23-cv-26 |
| v. | |
| UNITED STATES OF AMERICA, | (Case No.: 2:21-cr-3) |
| Respondent. | |

**O R D E R**

This matter is before the Court on the May 31, 2023 Report and Recommendation. Doc. 12. In this Report, I recommended the Court dismiss without prejudice Movant Terry Key's ("Key") cause of action based on Key's failure to respond to the motion to dismiss and this Court's Order directing response. Id. However, on June 1, 2023, the Court received Key's response, which is dated May 14, 2023, though the envelope appears to have no postmark. Doc. 13. Because Key's response is dated May 14, 2023, the Court **VACATES** the Report and Recommendation. The Court will consider Key's 28 U.S.C. § 2255 motion and the motion to dismiss in the usual course.

**SO ORDERED**, this 2nd day of June, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA